JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSHANA SCHELLEMBERG<br><br>Plaintiffs,<br>vs.<br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | Case No.: 2:18-CV-02568 JGB FFM<br><br>ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE |

FOR GOOD CAUSE APPEARING, and pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the First Amended Complaint is hereby dismissed with prejudice. Each party is to bear their own attorneys' fees and costs. This is dispositive of the entire action.

DATED: October 14, 2021

_____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE